ABRAHAM DUBROFF, Appellant, *v.* CURTIS BROTHERS' LUMBER COMPANY, Respondent.

*Dubroff* v. *Curtis Brothers' Lumber Co.*, 106 App. Div. 611, affirmed.
(Submitted December 11, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1905, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover for breach of contract.

*Isaac N. Miller* and *Herman G. Loew* for appellant.

*George F. Alexander* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.